## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**MARY H. LEWIS,**

    **Plaintiff,**

**v.**                                        **Case No.  8:10-cv-3-T-30MAP**

**COMPREHENSIVE HEALTH CARE,**

    **Defendant.**
_____/

## **ORDER OF DISMISSAL**

The Court has been advised via a Notice of Settlement (Dkt. #16) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on August 23, 2010.

                                            */s/ James S. Moody, Jr.*
                                            JAMES S. MOODY, JR.
                                            UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2010\10-cv-3.dismiss 16.wpd